IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACOB HENRY BARRETT,

    Petitioner,

v.

GARRETT LANEY, Superintendent
Oregon State Correctional Institution,

    Respondent.

Case No. 6:19-cv-01034-AC

ORDER

ACOSTA, Magistrate Judge.

The court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 34). This action is DISMISSED, with prejudice

IT IS SO ORDERED.

DATED this 3rd day of May, 2021.

                  /s/ John V. Acosta
                  John V. Acosta
                  United States Magistrate Judge